United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 4, 2005**

Charles R. Fulbruge III
Clerk

IIN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-50316
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS MERAZ-AMADO,

Defendant-Appellant.

\* \* \* \* \* \* \* \* \* \*
Consolidated with
No. 04-50328
\* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS MERAZ-AMADO, also known as Francisco Coronado-Loera,
also known as Fernando Meraz-Ramirez, also known as Francisco
Amado-Coronado,

Defendant-Appellant.

--------------------
Appeals from the United States District Court
for the Western District of Texas
USDC No. EP-00-CR-89-3-KC
--------------------

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Jesus Meraz-Amado appeals his consecutive sentences following revocation of supervised release and guilty-plea conviction of possessing with intent to distribute a substance containing a detectable amount of marijuana.

Meraz-Amado argues that the district court abused its discretion in imposing consecutive sentences because the district court mistakenly believed that consecutive sentences were required under Chapter 7 of the Sentencing Guidelines.  However, given the colloquy at sentencing between the district court and defense counsel, the record does not support Meraz-Amado's contention that the district court misunderstood its discretion to impose consecutive or concurrent sentences.  See United States v. Gonzalez, 250 F.3d 923, 925-29 (5th Cir. 2001).  The judgment of the district court is AFFIRMED.